IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SCOTT JOHNSON, on behalf of himself and all others similarly situated, | |
| Plaintiff, | 17 Civ. 399 (GCS) (EPD) |
| v. | Hon. George C. Smith |
| PLATINUM CORRAL LLC and PLATINUM CORRAL MANAGEMENT, LLC, | |
| Defendants. | |

**NOTICE OF PLAINTIFF SCOTT JOHNSON'S
UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION
SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

Plaintiff respectfully submits the following Unopposed Motion for Approval of Collective Action Settlement, Service Awards, and Attorneys' Fees and Costs ("Motion"). For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion, the Declaration of Melissa L. Stewart in Support of Plaintiff's Motion ("Stewart Decl."), and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

(1) approving the $220,000.00 settlement set forth in the Settlement Agreement ("Settlement Agreement"), attached as Exhibit 1 to the Stewart Decl.;

(2) approving the proposed Notice of Settlement and Opportunity to Join ("Settlement Notice") (attached as Exhibit A to the Settlement Agreement) and directing its distribution;

(3) approving Service Awards of $5,000 to Plaintiff Scott Johnson and $2,500 to Opt-In Plaintiff Robert Cooper;

(4) approving Plaintiff's request for one-third of the settlement fund for attorneys' fees, plus reimbursement of costs and expenses;

(5) approving the American Legal Claim Services LLC as the Settlement Administrator and approving a payment of $11,733 for its fees, expenses, and costs; and

(6) incorporating the terms of the Settlement Agreement.

Dated: March 30, 2018            Respectfully submitted,

By: */s/ Melissa L. Stewart*
     Melissa L. Stewart

**OUTTEN & GOLDEN LLP**
Justin M. Swartz (admitted *pro hac vice*)
Melissa L. Stewart (admitted *pro hac vice*)
Christopher M. McNerney (admitted *pro hac vice*)
685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000

**LANDSKRONER GRIECO MERRIMAN LLC**
Drew Legando (0084209)
1360 West Ninth Street, Suite 200
Cleveland, Ohio 44107
Telephone: (216) 522-9000

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
1515 S. Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 447-8888

Michael Palitz (admitted *pro hac vice*)
830 3rd Avenue, 5th Floor
New York, New York 10022
Telephone: (800) 616-4000

*Attorneys for Plaintiff and the Putative Collective*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2018, the above document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      By: */s/ Melissa L. Stewart*
      Melissa L. Stewart