IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SCOTT JOHNSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PLATINUM CORRAL LLC and PLATINUM CORRAL MANAGEMENT, LLC,<br><br>Defendants. | CASE NO.: 17-CV-399<br><br>Hon. George C. Smith |

**ORDER GRANTING PLAINTIFF SCOTT JOHNSON'S UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

This matter comes before the Court on Plaintiff's Unopposed Motion for Approval of Collective Action Settlement, Service Awards, and Attorneys' Fees and Costs ("Motion"). Having considered Plaintiff's unopposed Motion and supporting Memorandum and exhibits, including the parties' Settlement Agreement, the Court hereby **GRANTS** Plaintiff's Motion and ORDERS as follows:

1.  The Court finds that the parties' settlement in this Fair Labor Standards Act ("FLSA") action is fair, reasonable, and just. The parties' settlement is approved and the terms of the parties' agreement are incorporated herein.

2.  For settlement purposes alone, this case is certified as a collective action under Section 216(b) of the FLSA.

3.  The parties' agreed form of Notice of Settlement and Opportunity to Join ("Settlement Notice") and the plan for its distribution are approved.

4. The Service Awards for Scott Johnson and Robert Cooper are approved.

5. Plaintiff's Counsel's request for attorneys' fees and out-of-pocket costs and expenses is granted.

6. American Legal Claim Services LLC is approved as the Settlement Administrator.

7. This action is dismissed without prejudice, with leave to reinstate on or before 30 days after the Settlement is fully funded. This action shall be deemed dismissed with prejudice without further order of the Court if no such motion to reinstate is filed within that time.

8. The Court will retain jurisdiction to enforce the settlement.

**IT IS SO ORDERED.**

*s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**